```
1  Randall D. Naiman, Esq. - State Bar No. 81048
   NAIMAN LAW GROUP, PC
2  4660 La Jolla Village Drive, Suite 500
   San Diego, California 92122
3  (858) 535-4808 (telephone)
   (858) 535-4809 (facsimile)
4  Randall@NaimanLaw.com (e-mail)
```

                                    CLERK, U.S. DISTRICT COURT
                                    FEB 23 2009
                                    CENTRAL DISTRICT OF CALIFORNIA
                                    BY              DEPUTY

5  Attorney for Plaintiff, **DEUTSCHE BANK NATIONAL TRUST COMPANY, AS TRUSTEE FOR LONG BEACH MORTGAGE LOAN TRUST 2006-9**

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEUTSCHE BANK NATIONAL TRUST COMPANY, AS TRUSTEE FOR LONG BEACH MORTGAGE LOAN TRUST 2006-9,<br><br>　　　　Plaintiff,<br>vs.<br><br>IRMA A. MORALES; and DOES 1 to 6, inclusive,<br>　　　　Defendants. | Case No.: ED CV 09-00167 R (FMOx)<br><br>State Case No.: 08U4548<br><br>***The Honorable Manuel L. Real***<br><br>[PROPOSED] **REMAND ORDER**<br><br>Date: February 23, 2009<br>Time: 10:00 a.m.<br>Courtroom: 8<br><br>*ORIGINAL* |

The motion of plaintiff, DEUTSCHE BANK NATIONAL TRUST COMPANY, AS TRUSTEE FOR LONG BEACH MORTGAGE LOAN TRUST 2006-9 ("Plaintiff"), for and order remanding this case to the Superior Court of California having come regularly for hearing before the above-entitled court, on the date above-mentioned, and the Court having reviewed the motion and supporting documents submitted in support of said motion, and any opposition thereto, and good cause having been found,

/// NO APPEARANCE HAS BEEN MADE BY PLAINTIFF AND
/// NO OPPOSITION HAS BEEN FILED.

---

1

[PROPOSED] REMAND ORDER

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

IT IS HEREBY ORDERED THAT Plaintiff's Motion to Remand is GRANTED. This case is remanded to the State Court from which it originated.

Dated: Feb. 23, 2009

_____
UNITED STATES DISTRICT COURT JUDGE